IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RONALD L. WOOTEN,<br>　　*Plaintiff*, | § <br> § <br> § |
| v. | §     CIVIL ACTION NO. 4:22-CV-00024 <br> § |
| STATE FARM LLOYDS,<br>　　*Defendant*. | § <br> § <br> § |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Ronald L. Wooten and Defendant State Farm Lloyds file this Agreed Motion for Dismissal with Prejudice as to all claims asserted by Plaintiff against Defendant State Farm Lloyds in this action.

Plaintiff no longer desires to pursue his claims against Defendant. Plaintiff wishes to dismiss his claims against Defendant with prejudice.

The parties request that the Court dismiss Plaintiff's claims against Defendant State Farm Lloyds with prejudice to re-filing and that all costs of the Court be borne by the party incurring them.

                                                                Respectfully submitted,

                                                                **NISTICO, CROUCH & KESSLER, P.C.**

                                                                By:   */s/ M. Micah Kessler*
                                                                        M. Micah Kessler
                                                                        State Bar No. 00796878
                                                                        S.D. Tex. I.D. 21206
                                                           Nistico, Crouch & Kessler, P.C.
                                                           1900 West Loop South, Suite 800
                                                           Houston, Texas 77027
                                                           Telephone: (713) 781-2889
                                                          Telecopier: (713) 781-7222
                                                          Email: mkessler@nck-law.com
                                                          **COUNSEL FOR DEFENDANT**

**OF COUNSEL:**
Jazmine J. Ford
TX Bar No. 24109881
S.D. Tex. I.D. 3451248
Email: jford@nck-law.com

                -and-

                **CHAD T. WILISON LAW FIRM, PLLC**

                By: _Michael D. Jack – by permission_
                    Chad T. Wilson
                    Texas Bar No. 24079587
                    District Bar No. 2249683
                    Michael D. Jack
                    Texas Bar No. 24120920
                    District Bar No. 3643101
                455 E Medical Center Blvd, Ste 555
                Webster, Texas 77598
                Telephone: (832) 415-1432
                eservice@cwilsonlaw.com
                mjack@cwilsonlaw.com
                **COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

     I hereby certify that defense counsel conferred with Plaintiff's counsel relating to the relief requested in this motion and Plaintiff's counsel agrees.

                                          _/s/ M. Micah Kessler_
                                          M. Micah Kessler

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument was duly served upon counsel of record by electronic service on January 12, 2023, as follows:

Chad T. Wilson
Michael D. Jack
Chad T. Wilson Law Firm, PLLC
455 E Medical Center Blvd, Ste 555
Webster, Texas 77598
Telephone: (832) 415-1432
**VIA ECF**

                                           */s/ Jazmine J. Ford*
                                           Jazmine J. Ford