Case 4:22-cv-00024   Document 14   Filed on 01/12/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 12, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RONALD L. WOOTEN,<br>   *Plaintiff*, | § § § § § § § § § | |
| v. | | CIVIL ACTION NO. 4:22-CV-00024 |
| STATE FARM LLOYDS,<br>   *Defendant*. | | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered Plaintiff Ronald L. Wooten and Defendant State Farm Lloyds' Agreed Motion for Dismissal with Prejudice. The Dismissal is GRANTED.

It is therefore, ORDERED, ADJUDGED AND DECREED that all of Plaintiff's claims asserted in this action against Defendant State Farm Lloyds are hereby dismissed with prejudice as to Plaintiff's rights to refile same. This order disposes of all causes of action in this lawsuit. All costs of Court expended or incurred shall be borne by the party who incurred same.

**SIGNED** this __12th__ day of _____January_____, 2023.

_____
JUDGE PRESIDING

**AGREED AS TO FORM AND SUBSTANCE AND ENTRY REQUESTED:**

**NISTICO, CROUCH & KESSLER, P.C.**

By: __/s/ M. Micah Kessler__
M. Micah Kessler
State Bar No. 00796878
S.D. Tex. I.D. 21206
Jazmine J. Ford
TX Bar No. 24109881
S.D. Tex. I.D. 3451248
1900 West Loop South, Suite 800
Houston, Texas 77027
Telephone: (713) 781-2889
Facsimile: (713) 781-7222
Email: mkessler@nck-law.com
Email: jford@nck-law.com
**COUNSEL FOR DEFENDANT STATE FARM LLOYDS**

-and-

**CHAD T. WILISON LAW FIRM, PLLC**

By: _Michael D. Jack – by permission_
Chad T. Wilson
Texas Bar No. 24079587
Southern District Bar No. 2249683
Michael D. Jack
Texas Bar No. 24120920
Southern District Bar No. 3643101
455 E Medical Center Blvd, Ste 555
Webster, Texas 77598
Telephone: (832) 415-1432
eservice@cwilsonlaw.com
mjack@cwilsonlaw.com
**COUNSEL FOR PLAINTIFF**